UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 21-CV-80341**

LEILIA CLAGGETT,

 Plaintiff,
vs.

ANNA RADZINSKAIA and
IURII RADZINSKII

 Defendants.
_____/

## COMPLAINT

 Plaintiff, LEILIA CLAGGETT ("CLAGGETT"), by and through her undersigned attorneys, brings this action against Defendants, ANNA RADZINSKAIA and IURII RADZINSKII to recover unpaid wages, liquidated damages, costs and reasonable attorneys' fees under Florida law and the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA") and, in support thereof, states as follows:

## PRELIMINARY STATEMENT

 1. Plaintiff, CLAGGETT, was hired by Defendants, ANNA RADZINSKAIA and IURII RADZINSKII to work as a nanny for their daughter while she attended virtual school from home. CLAGGETT fulfilled her duties and worked a full-time schedule from September 2020 through January 11, 2021 but was only paid for one month's work. CLAGGETT brings this action to recover her unpaid wages.

## PARTIES

 2. CLAGGETT is an individual, *sui juris*, and, at all times material to this action, was a resident of Broward County, Florida, but worked in Palm Beach County, Florida.

 3. Defendants, ANNA RADZINSKAIA and IURII RADZINSKII are individuals who hired CLAGGETT to work in their household as a nanny in Palm Beach County, Florida.

## JURISDICTION AND VENUE

4. At all times pertinent to this Complaint, Plaintiff was employed in domestic service in the private home of RADZINSKAIA and RADZINSKII.

5. As a domestic service worker, CLAGGETT was subject to the Fair Labor Standards Act.

6. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

7. The Court has jurisdiction over Defendants and over Plaintiff because the acts from which this lawsuit arise occurred in Palm Beach County, Florida.

## FACTS

8. CLAGGETT began working as a nanny for RADZINSKAIA's and RADZINSKII's daughter in August 2020.

9. RADZINSKAIA and RADZINSKII agreed to pay CLAGGETT $25.00 per hour for her services.

10. CLAGGETT regularly worked Monday through Friday, from 8:15am until 4:15pm, though she often worked beyond 4:15pm.

11. On September 25, 2020, CLAGGETT was paid $4,000.00 for her first month of work, via Venmo.

12. Thereafter, CLAGGETT did not receive any payment for her work despite repeated requests that she be paid. Defendants continued promising to pay CLAGGETT at a later date.

13. In total, CLAGGETT is owed approximately $14,534.50 in unpaid wages.

14. CLAGGETT spent her own money on thank-you gifts for Defendants' daughter's teachers because she was assured she would be reimbursed for such expenses.

15. CLAGGETT was never reimbursed for the approximately $100.00 in personal money she spent on the family's behalf.

Gallup Auerbach • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com

16. At all times pertinent to this Complaint, Defendants failed to comply with 29 U.S.C. § 201-209 by not compensating Plaintiff the required amount for the hours she worked.

17. CLAGGETT is in possession of a record of the Venmo payment Defendants made to her on September 2, 2020.

18. CLAGGETT has maintained records of the hours she actually worked and believes Defendants maintained records as well, which remain in their possession.

19. Defendants knew and/or showed a willful disregard for the provisions of the FLSA as evidenced by their failure to compensate Plaintiff the minimum wage for hours she worked when Defendants knew or should have known such was due.

20. Plaintiff has retained the undersigned counsel to represent her in this action. Pursuant to 29 U.S.C. §216(b) and Fla. Stat. §448.08, Plaintiff is entitled to recover all reasonable attorneys' fees and costs incurred in this action.

## COUNT I – FEDERAL MINIMUM WAGE VIOLATION (FLSA)

21. This is an FLSA action for unpaid minimum wages against ANNA RADZINSKAIA and IURII RADZINSKII.

22. Plaintiff re-alleges paragraphs 1-20 above and incorporate the same herein by this reference.

23. Defendants violated the minimum wage provisions of the FLSA, 29 U.S.C. § 206(a) by failing to pay CLAGGETT at least $7.25 for every compensable hour of labor performed in each workweek during which she was employed.

24. Defendants violated the minimum wage provisions of the FLSA, 29 U.S.C. § 206(a) by failing to reimburse CLAGGETT for expenses incurred primarily for the benefits of Defendants.

25. As a consequence of Defendants' violations of the minimum wage provisions of the FLSA as set forth in this count, CLAGGETT is entitled to recover the amount of her unpaid minimum wages, an equal amount in liquidated wages, and attorneys' fees, pursuant to 29 U.S.C. § 216(b).

WHEREFORE Plaintiff, LEILIA CLAGGETT, demands judgment against Defendants, ANNA RADZINSKAIA and IURII RADZINSKII for the payment of all unpaid minimum wages, liquidated damages, reasonable attorneys' fees and costs, and such further relief as this Court deems just and appropriate.

## COUNT II – BREACH OF CONTRACT

26. This is an action for breach of contract against ANNA RADZINSKAIA and IURII RADZINSKII.

27. Plaintiff re-alleges paragraphs 1-20 above and incorporate the same herein by this reference.

28. At the outset of her employment, Defendants agreed to pay CLAGGETT $25.00 per hour for each hour she worked as a nanny in their household, constituting an oral employment contract.

29. Based on the wages promised by Defendants, CLAGGETT began working for Defendants in September 2020.

30. On September 25, 2020, CLAGGETT was paid $4,000.00.

31. Thereafter, Defendants failed to pay CLAGGETT any wages for the work she performed.

32. Based on her records, CLAGGETT estimates she is owed approximately $14,535.00 in unpaid wages and other benefits provided in violation of the parties' oral employment agreement.

33. Defendants breached their contract with CLAGGETT by failing to pay for Plaintiff's work.

34. As a result of Defendants' breach of contract, Plaintiff has been damaged.

35. Plaintiff is entitled to attorney's fees pursuant to Fla. Stat. §448.08.

WHEREFORE Plaintiff, LEILIA CLAGGETT, demands judgment against Defendants, ANNA RADZINSKAIA and IURII RADZINSKII for the payment of all unpaid wages in breach of the parties' employment agreement, reasonable attorneys' fees and costs, and such further relief as this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable by right of jury.

Dated: February 16, 2021

                                               **GALLUP AUERBACH**
                                               *Counsel for Plaintiff*
                                               4000 Hollywood Boulevard
                                               Presidential Circle-Suite 265 South
                                               Hollywood, Florida 33021
                                               Telephone: (954) 894-3035
                                               Facsimile: (954) 894-8015
                                               E-mail: jauerbach@gallup-law.com

                                By:     */s/ JACOB K. AUERBACH*
                                                 JACOB K. AUERBACH
                                               Florida Bar No.: 084003